(127 So. 915)

## Cora RUTLEDGE v. H. S. LIMMER.

6 Div. 563.

Supreme Court of Alabama.

April 15, 1930.

Arthur L. Brown, of Birmingham, for appellant.

Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed. Slay v. Jordan, 219 Ala. 704, 120 So. 923.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(128 So. 911)

## Carroll SHARP v. STATE.

8 Div. 194.

Supreme Court of Alabama.

May 15, 1930.

Jas. C. Roberts, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Carroll Sharp for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in Sharp v. State (8 Div. 10) 23 Ala. App. 674, 128 So. 924.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(127 So. 915)

## Edgar SIMS v. STATE.

5 Div. 58.

Supreme Court of Alabama.

March 13, 1930.

See Sims v. State, 23 Ala. App. 387, 126 So. 498.

PER CURIAM.

Petition dismissed by petitioner.

(128 So. 911)

## Lillian SLAPPY v. J. J. SLAPPY.

5 Div. 49.

Supreme Court of Alabama.

May 5, 1930.

Paul J. Hooton, of Roanoke, for appellant.

W. L. Wilson, of Roanoke, for appellee.

THOMAS, J.

Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(128 So. 911)

## A. D. STALCUP, etc., v. Roy McCULLOUGH.

6 Div. 579.

Supreme Court of Alabama.

May 29, 1930.

G. M. Edmonds, of Birmingham, for appellant.

W. A. Weaver, of Birmingham, for appellee.

THOMAS, J.

Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.